IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT MARTIN**

    Petitioner,

v.                                              Case No. 2:04-cv-748
                                               JUDGE SARGUS

**DEBORAH TIMMERMAN-COOPER,**

    Warden,                               Magistrate Judge ABEL

    Respondent.

## ORDER

On June 24, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that the petition for a writ of habeas corpus pursuant to 28 U.S.C. §2254 be dismissed. On July 13, 2005, petitioner filed objections to the *Report and Recommendation*. Petitioner objects to all of the Magistrate Judge's recommendations.

Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner. For the reasons discussed in the *Report and Recommendation*, petitioner's objections are **OVERRULED.**

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED.** This case is **DISMISSED.** Petitioner's request for the appointment of counsel is **DENIED.**

The Clerk is **DIRECTED** to enter final judgment dismissing this action.

IT IS SO ORDERED.

                                                                    7-19-2005
                                               EDMUND A. SARGUS, JR.
                                               United States District Judge